UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /K ___ D.C.

05 AUG 25 PM 2: 17

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**CARLITO D. ADAMS**                        **JUDGMENT IN A CIVIL CASE**

v.

**STEPHEN DOTSON**                           CASE NO: 03-2519-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Respondent's Motion To Dismiss entered on August 18, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

(By) _[signature]_ Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:03-CV-02519 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Amy L. Tarkington
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Elizabeth Marney
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Carlito D. Adams
WCFA
244241
P.O. Box 679
Whiteville, TN 38075

Honorable Bernice Donald
US DISTRICT COURT